# EXHIBIT 1



US0D1039961S

## (12) United States Design Patent

Wang

(10) Patent No.: **US D1,039,961 S**

(45) Date of Patent: ** **Aug. 27, 2024**

(54) **BIRD SHAPED DOOR KNOCKER**

(71) Applicant: **Yun Wang**, Xiangcheng (CN)

(72) Inventor: **Yun Wang**, Xiangcheng (CN)

(**) Term: **15 Years**

(21) Appl. No.: **29/938,624**

(22) Filed: **Apr. 22, 2024**

(51) LOC (14) Cl. ............................................... **10-06**

(52) U.S. Cl.
USPC .......................................... **D8/401**

(58) **Field of Classification Search**
USPC .......................... D8/401; D21/398, 405, 606
CPC ...................................................... G10K 3/00
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D83,093 | S | * | 1/1931 | Davis ............................... D8/401 |
| 1,905,937 | A | * | 4/1933 | Hoag ........................ G10K 3/00 |
| | | | | D10/116.1 |
| D94,557 | S | * | 2/1935 | Nightingale ................. D8/401 |
| 2,046,868 | A | * | 7/1936 | Burke ........................ G10K 3/00 |
| | | | | 116/DIG. 12 |
| D115,221 | S | * | 6/1939 | George .......................... D8/401 |
| 2,405,916 | A | * | 8/1946 | Neuhaus .................. G10K 3/00 |
| | | | | 116/167 |
| D174,458 | S | * | 4/1955 | Marshall ........................ D8/401 |
| 2,974,630 | A | * | 3/1961 | Bloomquist ............ G10K 3/00 |
| | | | | 116/148 |
| D281,394 | S | * | 11/1985 | Porta ............................... D8/401 |
| D821,190 | S | | 6/2018 | Healy |
| D833,859 | S | | 11/2018 | Gorham, III |
| 2015/0070143 | A1 | * | 3/2015 | Means ..................... G08B 3/10 |
| | | | | 340/384.73 |

## OTHER PUBLICATIONS

Amazon, Woodpecker Door Knocker, Woodpecker Doorbell, Wooden Handmade Creative Doorbell Woodpecker Door Bell, Nature Woodpecker Sound, Unique Ornaments and Decoration for Entrance (1PC), https://www.amazon.com/dp/B0CZ7BLXGJ?ref_=cm_sw_r_cp_ud_dp_SERYCYC1CNX2G4N51NNE, Mar. 37, 2024 (Year: 2024).*

Amazon, "Handmade Woodpecker Knocker, Woodpecker Door Knocker, Woodpecker Doorbell, Wooden Handmade Creative Doorbell Woodpecker Door Bell for Room Doors Make Knocking A Pleasure" Retrieved on Apr. 20, 2024 from https://www.amazon.com/Handmade-Woodpecker-Doorbell-Creative-Knocking/dp/B0CZRNMDQ5/ref=sr_1_4?crid=29BNPJBT11NM&dib=eyJ2IjoiMSJ9.SKgPdR5AYIhhkw1_8R_u-aktt2cZ5HNCe0s--o0aE399IFTW7jzXCkb9QGZsTJIgig3vWmbmp2yvVjJLaerP_NCgR18-ipMNJaBpQ0-.

* cited by examiner

*Primary Examiner* — Keli L Hill
*Assistant Examiner* — Harold E Blackwell, II

(57) **CLAIM**

The ornamental design for a bird shaped door knocker, as shown and described.

## DESCRIPTION

FIG. **1** is a top, rear and right side perspective view of a bird shaped door knocker, showing my new design;
FIG. **2** is a bottom, front and left side perspective view thereof;
FIG. **3** is a top plan view thereof;
FIG. **4** is a bottom plan view thereof;
FIG. **5** is a right side elevational view thereof;
FIG. **6** is a left side elevational view thereof;
FIG. **7** is a front elevational view thereof; and,
FIG. **8** is a rear elevational view thereof.

**1 Claim, 8 Drawing Sheets**



Case 1:25-cv-22959-KMW   Document 1-1   Entered on FLSD Docket 07/01/2025   Page 3 of 10



FIG. 1

Case 1:25-cv-22959-KMW  Document 1-1  Entered on FLSD Docket 07/01/2025  Page 4 of 10



FIG. 2

Case 1:25-cv-22959-KMW   Document 1-1   Entered on FLSD Docket 07/01/2525   Page 5 of 10



FIG. 3



FIG. 4

Case 1:25-cv-22959-KMW   Document 1-1   Entered on FLSD Docket 07/01/2025   Page 7 of 10



FIG. 5

Case 1:25-cv-22959-KMW Document 1-1 Entered on FLSD Docket 07/01/2025 Page 8 of 10



FIG. 6

Case 1:25-cv-22959-KMW   Document 1-1   Entered on FLSD Docket 07/01/2025   Page 9 of 10



FIG. 7

Case 1:25-cv-22959-KMM   Document 1-1   Entered on FLSD Docket 07/01/2025   Page 10 of 10



FIG. 8